IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CARMEN COMSTOCK                                                              PLAINTIFF

VS.                                    CIVIL NO. 05-5088

JO ANNE B. BARNHART, COMMISSIONER
SOCIAL SECURITY ADMINISTRATION                                               DEFENDANT

## J U D G M E N T

Now on this 12th day of July, 2006, comes on for consideration the Report and Recommendation dated June 22, 2006, by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas. Ten (10) days have passed without objections being filed by the parties. The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation; affirms the decision of the Administrative Law Judge; and dismisses plaintiff's complaint with prejudice.

IT IS SO ORDERED.

/s/Jimm LarryHendren
HONORABLE JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE